# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM N. VALDIVIEZ,<br><br>   Petitioner,<br><br>   v.<br><br>JESSICA BULLOCK,<br><br>   Respondent. | NO. C13-6019-RBL-KLS<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered the Respondent's unopposed motion for an extension of time (Dkt. 6), and the records and files herein, does hereby find and **ORDER**:

1. Respondent's unopposed motion for an extension of time (Dkt. 6) to **January 31, 2014**, to file an answer to the habeas corpus petition is **GRANTED.**

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this 21st day of January, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1