# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM N. VALDIVIEZ,<br><br>   Petitioner,<br><br>v.<br><br>JESSICA BULLOCK,<br><br>   Respondent. | NO. C13-6019-RBL-KLS<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE |

The Court, having considered the Petitioner's unopposed motion for an extension of time (Dkt. 11), and the records and files herein, does hereby find and **ORDER**:

1. Petitioner's unopposed motion for an extension of time (Dkt. 11) is **GRANTED.** Petitioner shall file his response by **March 10, 2014.**

2. The Clerk shall **re-note** consideration of the habeas petition for **March 14, 2014.**

3. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this 4th day of February, 2014.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 1